ACCEPTED
14-15-00750-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 4:59:14 PM
CHRISTOPHER A. PRINE
CLERK

9/3/2015 4:59:14 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6792610
By: STACY PERINE
Filed: 9/3/2015 4:59:14 PM

CAUSE NO. 2011-52441-D

| | | |
|---|---|---|
| Miguel Herrera, Leonor Castaneda, | § | IN THE DISTRICT COURT OF |
| Jose Salvador Herrera Castaneda, | § | |
| David Leobardo Herrera Castaneda, | § | |
| Jasmin Guadalupe Herrera Castaneda | § | |
| and Jesus Emanuel Herrera Castaneda | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| EOG Resources, Inc., | § | |
| The Crosby Group, LLC, | § | |
| Patterson (GP) LLC, Patterson-UTI | § | |
| Energy Inc., Patterson-UTI Drilling | § | |
| Company LLC, Patterson Petroleum, LLC | § | |
| Ambar Lone Star Fluid Services, | § | |
| and John Does 1-5, | § | |
| | § | |
| Defendants. | § | 334TH JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 4:05:17 PM
CHRISTOPHER A. PRINE
Clerk

**Plaintiff's Amended Notice of Appeal**

TO THE HONORABLE JUDGE OF THIS COURT:

Notice is hereby given that Plaintiffs, Miguel Herrera, Leonor Castaneda, Jose Salvador Herrera Castaneda, David Leobardo Herrera Castaneda, Jasmin Guadalupe Herrera Castaneda and Jesus Emanuel Herrera Castaneda, hereby appeals to the First or Fourteenth Court of Appeals from the Order granting Defendant EOG Resources, Inc.'s Motion for Traditional Summary Judgment **and** the Order granting Defendant EOG Resources, Inc.'s Motion for No-Evidence Summary Judgment, both entered in this action on the 6th day of July, 2015.

Respectfully submitted,

**ARNOLD & ITKIN, LLP**

*/s/ Caj D. Boatright*

_____

Kurt Arnold
State Bar No. 24036150
karnold@arnolditkin.com
Caj D. Boatright
State Bar No. 24036237
cboatright@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**e-service@arnolditkin.com**

**COUNSEL FOR PLAINTIFFS**


**THE KIM LAW FIRM**

*/s/ John Kim*

_____

John Kim
State Bar No. 00784393
jhk@thekimlawfirm.com
4309 Yoakum Blvd., #2000
Houston, Texas 77006
Telephone: (713) 522-1177
Facsimile: (888) 809-6793

**CO-COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on this 3rd day of September, 2015.

Douglas D'Arche
Baker Hostetler
811 Main, Suite 1100
Houston, TX 77002
  **Counsel for EOG Resources, Inc.**

Tim Hurley
Jose R. Cot
Hurley & Cot
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
  **Counsel for The Crosby Group, Inc.**

David Merkley
Sarah Jones
Germer Gertz LLP
333 Clay Street, Suite 4950
Houston, Texas 77002
  **Counsel for Basin Engineering, LLC**


            */s/ Caj D. Boatright*

            _____

            Caj D. Boatright